IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:26-CR-110 |
| | ) | |
| v. | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| SEAN AIKEE LEVERETTE | ) | |
| PID# 522145 | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Sean Aikee Leverette, PID# 522145, B/M, DOB 11/10/1984, who is presently detained in the Mecklenburg County Jail, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case Defendant shall be returned to the custody of Mecklenburg County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 21st day of May 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

**/s/ Stephanie L. Spaugh**
Special Assistant United States Attorney
NC Bar Number: 47877
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 338-3113
Stephanie.spaugh@usdoj.gov