# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:26-CR-110-SCR-UMJ

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **WRIT OF HABEAS CORPUS** |
| **v.** ) | **AD PROSEQUENDUM** |
| ) | |
| **SEAN AIKEE LEVERETTE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

TO:   The Director, Bureau of Prisons, Washington, D.C.
TO:   U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:   Mecklenburg County Jail, 700 E. 4th Street, Charlotte, NC 28202

**IT IS ORDERED** that you have the body of Sean Aikee Leverette, PID # 522145, B/M, DOB 11/10/1984, detained in your facility, under safe and secure conduct, brought before the Honorable ___James P. Mazzone___, United States Magistrate Judge, for proceedings on or before ___5/28/2026___ at _10:10_ am/~~pm~~, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.

Signed: May 21, 2026

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge