**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3-26-CR-110-SCR**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**vs.**<br><br>**SEAN AIKEE LEVERETTE,**<br><br>***Defendant.*** | **MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE** |

Mr. Leverette, through undersigned counsel, respectfully requests that this Court continue the currently scheduled trial and motions deadline in this case. As grounds, the defense states the following:

1. On May 28, 2026, Mr. Leverette was arraigned on a one count Bill of Indictment, charging him with Possession of a Firearm by a Felon under 18 *U.S.C.* § 922(g)(1). He had previously been appointed counsel and was ordered detained pending trial.

2. This was initially scheduled for a Status Conference on July 6, 2026, and Docket Call on July 27, 2026. A motion to continue was granted, and the case was continued to its current posture.

3. On August 14, 2026, a factual basis was filed by the parties in the case, and the case is currently pending a Rule 11 hearing for a change of plea. Due to case conflicts with the Court, the case will not be calendared in front of a Magistrate Court Judge until after August 31, 2026. Consequently, undersigned counsel is requesting the District Court continue this case until its next term – and by that time it is expected that a Rule 11 plea will have already been conducted.

4. The government does not oppose this motion.

**WHEREFORE,** Mr. Leverette respectfully requests a continuance of the docket call and the pre-trial motions deadline.

Respectfully submitted:

/s/ Daniel P. Roberts
Daniel P. Roberts
NC Bar No. 32903
Assistant Federal Defender
Federal Defenders of Western North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Daniel_P_Roberts@fd.org